IT IS SO ORDERED.

Dated: April 7, 2015
      03:04:35 PM

_____
Kay Woods
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: BRANDON M. SCOTT** | * | CASE NO.: **15-40272** |
| **TIFFANY C. SCOTT** | * | |
| | * | |
| | * | CHAPTER **13** |
| Debtors, | * | |
| | * | JUDGE **KAY WOODS** |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ORDER ON OBJECTION TO CLAIM NO. 6 OF
HARLEY-DAVIDSON CREDIT CORP.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter came before the Court on the Objection of the Debtors to the Allowance of Claim as filed by, Harley-Davidson Credit Corp., filed on March 6, 2015. Harley-Davidson Credit Corp. filed a secured Proof of Claim in the amount of $9,893.19 plus 23.49% interest on March 6, 2015.

The Court finds that all parties in interest have been served with the objection and have received notice of their

opportunity to object. There have been no responses filed within the required time.

IT IS THEREFORE ORDERED that this claim be disallowed as filed, but modified to a secured claim in the amount of $9,893.19 with 5.25% interest.

###

Copies to:

HARLEY-DAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TX 75001

OFFICE OF THE US TRUSTEE
NORTHERN DISTICT OF OHIO
US COURTHOUSE
201 SUPERIOR AVENUE
CLEVELAND OH 44114

MICHAEL A GALLO ESQUIRE
5048 BELMONT AVENUE
YOUNGSTOWN OH 44503